UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-3810
_____

STEVEN J. TRZASKA,
Appellant

v.

L'OREAL USA, INC.; L'OREAL, S.A.

_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 2-15-cv-02713)
District Judge: Honorable Susan D. Wigenton
_____

Argued November 16, 2016
_____

Before: AMBRO, CHAGARES, and FUENTES, Circuit Judges

(Opinion filed July 25, 2017)

**ORDER  AMENDING  PRECEDENTIAL  OPINION**

AMBRO, Circuit Judge

        IT IS NOW ORDERED that the Precedential Opinion in the above case filed July 25, 2017, be amended as follows:

        On page 3, line 3, delete the word "are" and substitute in its place "appear to be"

        On page 3, line 4, insert after "skin-deep," and before "we" the clause "they plausibly pass muster at the motion-to-dismiss stage.  Thus"

        On page 8, note 2, line 7, delete the second "that"

        On page 11, first paragraph, line 6, delete the words "As such," and substitute in its place "Thus"

On page 11, third paragraph, line 3, delete the word "that" and replace it with "the"

On page 12, penultimate line, delete the comma after "There"

By the Court,

s/ Thomas L. Ambro, Circuit Judge

Dated: August 22, 2017
sb/cc: All Counsel of Record